**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

**Newnan Division**

In Re: Debtor(s)
**Amber Chanel Clements**
118 Southwind Circle
Newnan, GA 30265

xxx−xx−6349

Case No.: **18−10417−whd**
Chapter: **13**
Judge: **W. Homer Drake**

# ORDER APPROVING MODIFICATION OF PLAN

A modification to the confirmed Chapter 13 plan in this case having been proposed and no objection to that modification having been made, it is

ORDERED that the modification is APPROVED.

The Clerk is directed to serve a copy of this Order upon Debtor, counsel for Debtor, and any trustee.

Dated:   October 2, 2020

W. Homer Drake
United States Bankruptcy Judge

Form 133a